AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

YASMINA EDWARDS

**SUMMONS IN A CIVIL ACTION**

V.

AMERICAN EXPRESS COMPANY

CASE NUMBER:

**07 CIV 7340**

Judge Hellerstein

TO: (Name and address of Defendant)

American Express Company
Three World Financial Center
200 Vesey Street
New York, NY 10285-3106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Locksley O. Wade, Esq.
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 220-3610
(212) 253-4142 Fax
lwade@lwade-law.com
Attorney for Plaintiff

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    AUG 1 6 2007
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: NORA DINDYAL CT CORP

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-20-07
              Date                Signature of Server  Wayne B. King

                                  247 Lefferts Av B
                                  Address of Server

SWORN TO BEFORE ME
THIS 23RD DAY OF AUGUST 2007

VICTOR PEREZ
Notary Public, State of New York
No. 01PE6026039
Qualified in Kings County
Commission Expires June 7, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.