UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASMINA EDWARDS,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

    Defendant.

Case 07-Civ-7340 (AKH)

**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

To:  Jean Y. Park, Kelley
Drye & Warren LLP,
101 Park Avenue
New York, NY 10178
via facsimile number 212-808-7897 and
electronic mail address jpark@kelleydrye.com

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated September 12, 2007, the Plaintiff, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, will move this Court, before the Honorable Alvin K. Hellerstein, in the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Room 1340, New York, NY 10007, on a date and at a time to be designated by the Court, for an Order granting the plaintiff's Motion for Entry of Default Judgment against the defendant.

Respectfully submitted,

LOCKSLEY O. WADE, ESQ.
Law Office of Locksley O. Wade, LLC

1

                          15 West 39th Street, 3rd Floor
                          New York, NY 10018
                          (212) 220-3610 - Telephone
                          (212) 253-4142 - Facsimile
                          lwade@lwade-law.com
                          *Attorney for the Plaintiff*