# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JEAN Y. PARK
DIRECT LINE: (212) 808-5019
EMAIL: jpark@kelleydrye.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/07

September 10, 2007

*[handwritten: Time is enlarged, as requested, to 10/10/07. 9-12-07 /s/ AKHellerstein]*

VIA FACSIMILE (212) 805-7942

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

        Re:    Edwards v. American Express Company
               Civil Action No. 07-7340 (AKH)

Dear Judge Hellerstein:

      My firm was only recently retained to represent Defendant, American Express Company, in connection with the above-referenced matter. Due to a delay in the complaint reaching the appropriate individuals within the Company, coupled with my vacation schedule over the holiday weekend, I did not learn of the action until Friday, September 7, 2007. Defendant's time to respond to the complaint expires today.

      I immediately attempted to contact plaintiff's counsel, Locksley O. Wade, Esq., to request a 30-day extension of time in which to respond to the Complaint, calling Mr. Wade and sending him a letter and stipulation. I received no response until today, when Mr. Wade advised that he would not consent to the extension of time unless Defendant waived its right to make a dispositive motion and answered the complaint by September 19, 2007. A copy of Mr. Wade's e-mail to this effect is attached hereto for the Court's review.

      I respectfully make this letter-application to Your Honor, requesting until October 10, 2007 to answer, move, or otherwise respond to the Complaint. We thank Your Honor for his kind consideration of this request and apologize for bothering the Court with an issue that should have been a simple matter of professional courtesy.

                                          Respectfully submitted,

                                          Jean Y. Park (JYP-8073)

Attachment
cc:    Locksley O. Wade, Esq. (via facsimile and email)

NY01/PARKJE/1234641.1

Message   Page 1 of 2

# Park, Jean Y.

| | |
|---|---|
| **From:** | Wilson, Leigh Ann |
| **Sent:** | Monday, September 10, 2007 9:59 AM |
| **To:** | Park, Jean Y. |
| **Subject:** | FW: FW: Yasmina Edwards v. American Express Company, Civil Action No. 07-7340 (AKH) |
| **Importance:** | High |

Please see response from Mr. Wade.
-----Original Message-----
**From:** Locksley O. Wade, Esq. [mailto:lwade@lwade-law.com]
**Sent:** Monday, September 10, 2007 9:50 AM
**To:** Wilson, Leigh Ann
**Subject:** Re: FW: Yasmina Edwards v. American Express Company, Civil Action No. 07-7340 (AKH)
**Importance:** High

```
Please prepare another stipulation with the added phrase that you will file no
other pleading other "than an ANSWER on or before the 19th of September 2007."


Please acknowledge receipt of this e-mail.
```

LOCKSLEY O. WADE, ESQ.
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 220-3610 Telephone
(212) 253-4142 Facsimile
http://lwade-law.com

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

Wilson, Leigh Ann wrote:

-----Original Message-----
**From:** Wilson, Leigh Ann
**Sent:** Friday, September 07, 2007 5:29 PM
**To:** 'lwade@L-WADELAW.com'
**Cc:** Park, Jean Y.
**Subject:** Yasmina Edwards v. American Express Company, Civil Action No. 07-7340 (AKH)

Please see attached sent on behalf of Jean Y. Park.

<<L to Wade re Stipulation (AMEX-EDWARDS).pdf>> <<Stipulation Extending Defendant's Time To

9/10/2007