UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

YASMINA EDWARDS,

                Plaintiff,

- against -

AMERICAN EXPRESS COMPANY,

                Defendants.

------------------------------------x

Honorable Alvin K. Hellerstein

Civil Action No. 07-7340 (AKH)

**AFFIRMATION OF JEAN Y. PARK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

STATE OF NEW YORK    } ss.:
COUNTY OF NEW YORK  }

        **JEAN Y. PARK, ESQ.** affirms, under penalty of perjury, the following:

        1.    I am an attorney duly admitted to practice before this Court and am a member of the law firm of Kelley Drye & Warren LLP, located at 101 Park Avenue, New York, New York 10178, attorneys for Defendant in the above-captioned action.

        2.    I submit this Affirmation to introduce documentary evidence in support of Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

        3.    Attached hereto as "Exhibit A" is a true and complete copy of plaintiff's complaint in this action, dated August 16, 2007.

Dated:    New York, New York
             October 9, 2007

                                                  _____
                                                      JEAN Y. PARK (JYP-8073)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CIVIL ACTION NUMBER: 07-7340 (AKH)

---

YASMINA EDWARDS,

      Plaintiff,

    -against-

AMERICAN EXPRESS COMPANY,

      Defendants.

---

AFFIRMATION OF JEAN Y. PARK IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS
<u>EXHIBIT A</u>

---

**KELLEY DRYE & WARREN LLP**
101 PARK AVENUE
NEW YORK, NY 10178

(212) 808-7800