UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

YASMINA EDWARDS,

                 Plaintiff,

- against -

AMERICAN EXPRESS COMPANY,

                 Defendants.

------------------------------------------------------------x

Honorable Alvin K. Hellerstein

Civil Action No. 07-7340 (AKH)

**AFFIDAVIT OF SERVICE BY PERSONAL DELIVERY**

STATE OF NEW YORK    )
                                : SS.:
COUNTY OF NEW YORK  )

Emily M. Gibson, being duly sworn, deposes and states:

1.    I am not a party to this action and I am over 18 years of age.

2.    On 9th day of October, 2007, I served the NOTICE OF MOTION TO DISMISS; AFFIRMATION OF JEAN Y. PARK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS; MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT upon the following at the address designated by them for service of papers:

    Locksley O. Wade, Esq.
    Law Office of Locksley O. Wade, LLC
    15 West 39th Street, 3rd Floor
    New York, NY 10018

by delivery a true copy thereof, by hand, to the office above-mentioned.

                                                          _____
                                                          Emily M. Gibson

Sworn to before me this
10th day of October, 2007.

_____
      Notary Public

      JOSEPH MCDONNELL
  Notary Public, State of New York
        No. 01MC6147299
   Qualified in New York County
  Commission Expires May 30, 2010