~~COURTESY COPY~~

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

YASMINA EDWARDS,                :    Honorable Alvin K. Hellerstein
                Plaintiff,      :
                                :    Civil Action No. 07-7340 (AKH)
        - against -             :
                                :    **NOTICE OF**
AMERICAN EXPRESS COMPANY,       :    **MOTION TO DISMISS**
                Defendants.     :
                                :                            2007
                                :
---------------------------------------------x

      PLEASE TAKE NOTICE THAT, upon the annexed Affirmation of Jean Y. Park, Esq., sworn to on October 9, 2007, and the accompanying Memorandum of Law, dated October 9, 2007, Defendant, American Express Travel Related Services Company, Inc., erroneously denominated "American Express Company" (hereinafter, the "Company" or "Defendant"), by its attorneys, Kelley Drye & Warren LLP, will move this Court before the Honorable Alvin K. Hellerstein, U.S.D.J., at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and at a time to be designated by the Court, for an Order dismissing the Complaint, in its entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Company fails to state a claim upon which relief can be granted, along with such other and further relief as this Court deems proper.

*[Handwritten annotation: Motion denied. Under liberal pleading rules, the complaints state a legally sufficient claim for relief. 10-11-07 /s/ Hellerstein]*

NY01/PARKJE/1115176.1

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b)(2) of the United States District Court for the Southern District of New York, opposing affidavits and answering memoranda, if any, must be served upon the undersigned within ten (10) business days after service of the moving papers.

Dated: New York, New York
   October 9, 2007

            KELLEY DRYE & WARREN LLP

            By: _____
               Jean Y. Park (JYP-8073)

            101 Park Avenue
            New York, New York 10178
            (212) 808-7800
             Attorneys for Defendant

To: Locksley O. Wade, Esq.
   Law Office of Locksley O. Wade, LLC
   15 West 39th Street, 3rd Floor
   New York, New York 10018
   (212) 253-4142
    Attorney for plaintiff

2

NY01/PARKJE/1115176.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CIVIL ACTION NUMBER: 07-7340 (AKH)

YASMINA EDWARDS,

    Plaintiff,

-against-

AMERICAN EXPRESS COMPANY,

    Defendants.

### NOTICE OF MOTION TO DISMISS

**KELLEY DRYE & WARREN LLP**
101 PARK AVENUE
NEW YORK, NY 10178

(212) 808-7800