UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
YASMINA EDWARDS,                : Honorable Alvin K. Hellerstein
                 Plaintiff,     :
                                : Civil Action No. 07-7340 (AKH)
      - against -               :
                                : **DEFENDANT'S FEDERAL**
AMERICAN EXPRESS COMPANY,       : **CIVIL RULE 7.1 DISCLOSURE**
                                : **STATEMENT**
                 Defendant.     :
                                :
                                :
---------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, American Express Company, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly-held.

None.

Dated: New York, New York
       October 25, 2007

KELLEY DRYE & WARREN LLP

By: _____
    Jean Y. Park (JYP-8073)

101 Park Avenue
New York, New York 10178
212-808-7649
  Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CIVIL ACTION NUMBER: 07-7340 (AKH)

---

YASMINA EDWARDS,

        Plaintiff,

-against-

AMERICAN EXPRESS COMPANY,

        Defendant.

---

DEFENDANT'S FEDERAL CIVIL
RULE 7.1 DISCLOSURE STATEMENT

---

**KELLEY DRYE & WARREN LLP**
101 PARK AVENUE
NEW YORK, NY 10178

(212) 808-7800