UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASMINA EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>Defendant. | Case 07-Civ-7340 (AKH)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>(Telephone number) |

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Locksley O. Wade**
☑ *Attorney*
☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: **LW0078**
☐ I am a Pro Hac Vice attorney
☐ I am a Government Agency attorney
☐ *Law Firm/Government Agency Association*
From: _____
To: _____
☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.
☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.
☐ *Address:* _____
☑ *Telephone Number:* (212) 933-9180
☐ *Fax Number:* _____
☐ *E-Mail Address:* _____

Dated: December 7, 2007

Respectfully submitted,

[signature]

LOCKSLEY O. WADE, ESQ.
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 933-9180 - Telephone
(212) 253-4142 - Facsimile
lwade@lwade-law.com