UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASMINA EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>Defendant. | Case 07-Civ-7340 (AKH)<br><br>**UNOPPOSED MOTION FOR SUBSITITION THE DEFENDANT** |

Pursuant to Fed. R. Civ. P. 21, the plaintiff respectfully moves the Court to replace *American Express Company* as a defendant with *American Express Travel Related Services*. In so moving the plaintiff states:

1. The defendant was consulted prior to the filing and of this motion and they do not object to the granting of this motion.

2. The plaintiff was employed by American Express Travel Related Services rather than American Express Company, the parent of company. Both entities are intertwined, in that, employees from both entitles share the same place of business at the same time.

3. Neither the plaintiff nor the defendant will be prejudiced by this change.

4. No additional pleadings or documents will be necessary other than all future pleadings will contain the name of the substituted defendant.

5. The plaintiff further moves the Court to direct the ECF/CM department to reflect the change in the name of the defendant in the case caption on the ECF/CM system.

Under Fed. R. Civ. P. 21

1

Parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just.

WHEREFORE, the Plaintiff respectfully moves the Court to grant this motion.

Dated: December 7, 2007.                              Respectfully submitted,

LOCKSLEY O. WADE, ESQ.
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 933-9180 - Telephone
(212) 253-4142 - Facsimile
lwade@lwade-law.com
*Attorney for Plaintiff*

Parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just.

WHEREFORE, the Plaintiff respectfully moves the Court to grant this motion.

Dated: December 7, 2007.                Respectfully submitted,

*[signature]*

LOCKSLEY O. WADE, ESQ.
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 933-9180 - Telephone
(212) 253-4142 - Facsimile
lwade@lwade-law.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Unopposed Motion for Substitution of the Defendant* was served on counsel for the defendant, through this Court's ECF/CM system on this 7th day of December 2007.

*[signature]*

LOCKSLEY O. WADE, ESQ.
*Attorney for Plaintiff*

2