UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

YASMINA EDWARDS,

        Plaintiff,

- against -

AMERICAN EXPRESS COMPANY,

        Defendants.

------------------------------------------------------------x

Honorable Alvin K. Hellerstein

Civil Action No. 07-7340 (AKH)

**NOTICE OF RENEWED**
**MOTION TO DISMISS**

    WHEREAS, the parties appeared before the Court for an initial status conference on December 14, 2007, during which the Court instructed Defendant to renew its Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure originally filed on October 9, 2007;

    PLEASE TAKE NOTICE THAT, upon the annexed Affirmation of Jean Y. Park, Esq., sworn to on December 17, 2007, and the accompanying Memorandum of Law, dated December 17, 2007, Defendant, American Express Travel Related Services Company, Inc., erroneously denominated "American Express Company" (hereinafter, the "Company" or "Defendant"), by its attorneys, Kelley Drye & Warren LLP, will move this Court before the Honorable Alvin K. Hellerstein, U.S.D.J., at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and at a time to be designated by the Court, for an Order dismissing the Complaint, in its entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Company fails to state a claim upon which relief can be granted, along with such other and further relief as this Court deems proper.

NY01/PARKJE/1151762

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's directives at the December 14th status conference, opposing affidavits and answering memoranda, if any, must be served upon the undersigned within twenty (20) days after service of the moving papers, with reply papers, if any, to be served and filed five (5) days thereafter.

Dated: New York, New York
December 17, 2007

KELLEY DRYE & WARREN LLP

By: _____
Jean Y. Park

101 Park Avenue
New York, New York 10178
(212) 808-7800
  Attorneys for Defendant

To:    Locksley O. Wade, Esq.
        Law Office of Locksley O. Wade, LLC
        15 West 39th Street, 3rd Floor
        New York, New York 10018
        (212) 253-4142
          Attorney for plaintiff