UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

YASMINA EDWARDS,

                     Plaintiff,

    - against -

AMERICAN EXPRESS COMPANY,

                     Defendant.

------------------------------------------------------------x

Honorable Alvin K. Hellerstein

Civil Action No. 07-7340 (AKH)

**DECLARATION OF JEAN Y. PARK IN SUPPORT OF DEFENDANT'S RENEWED MOTION TO DISMISS**

        **JEAN Y. PARK, ESQ.** affirms, under penalty of perjury, the following:

    1.    I am an attorney duly admitted to practice before this Court and am a member of the law firm of Kelley Drye & Warren LLP, located at 101 Park Avenue, New York, New York 10178, attorneys for Defendant in the above-captioned action.

    2.    With leave of the Court, pursuant to the parties' December 14, 2007 initial conference, I submit this Affirmation to introduce documentary evidence in support of Defendant's renewed Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

    3.    Attached hereto as "Exhibit A" is a true and complete copy of plaintiff's complaint in this action, dated August 16, 2007.

Dated:    New York, New York
             December 17, 2007

                                                              JEAN Y. PARK