USDC SDNY
DOCUMENT

COURTESY COPY

1/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

YASMINA EDWARDS,               :    Honorable Alvin K. Hellerstein

              Plaintiff,       :    Civil Action No. 07-7340 (AKH)

  - against -                  :

AMERICAN EXPRESS COMPANY,      :    **NOTICE OF RENEWED**
                               :    **MOTION TO DISMISS**
              Defendants.      :

-------------------------------------------------x

*The motion is granted, w/out opp'n. the clerk shall enter judgment dismissing the complaint.   1-8-08   A/K/Hellerstein*

WHEREAS, the parties appeared before the Court for an initial status conference

on December 14, 2007, during which the Court instructed Defendant to renew its Motion to

Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure originally filed on

October 9, 2007;

PLEASE TAKE NOTICE THAT, upon the annexed Affirmation of Jean Y. Park,

Esq., sworn to on December 17, 2007, and the accompanying Memorandum of Law, dated

December 17, 2007, Defendant, American Express Travel Related Services Company, Inc.,

erroneously denominated "American Express Company" (hereinafter, the "Company" or

"Defendant"), by its attorneys, Kelley Drye & Warren LLP, will move this Court before the

Honorable Alvin K. Hellerstein, U.S.D.J., at the United States Courthouse for the Southern

District of New York, 500 Pearl Street, New York, New York, 10007, on a date and at a time to

be designated by the Court, for an Order dismissing the Complaint, in its entirety, pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Company fails to

state a claim upon which relief can be granted, along with such other and further relief as this

Court deems proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's directives at

the December 14th status conference, opposing affidavits and answering memoranda, if any, must

be served upon the undersigned within twenty (20) days after service of the moving papers, with

reply papers, if any, to be served and filed five (5) days thereafter.

Dated: New York, New York
       December 17, 2007

KELLEY DRYE & WARREN LLP

By: _____
       Jean Y. Park

101 Park Avenue
New York, New York 10178
(212) 808-7800
   Attorneys for Defendant


To:    Locksley O. Wade, Esq.
       Law Office of Locksley O. Wade, LLC
       15 West 39th Street, 3rd Floor
       New York, New York 10018
       (212) 253-4142
         Attorney for plaintiff

2