UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YASMINA EDWARDS,

               Plaintiff,

-against-

AMERICAN EXPRESS COMPANY,

               Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

07 CIVIL 7340 (AKH)

**JUDGMENT**

     Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on January 8, 2008, having rendered its Memo Endorsed Order granting the motion to dismiss without opposition, and dismissing the complaint, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated January 8, 2008, the motion to dismiss is granted without opposition, and the complaint is dismissed.

**Dated:** New York, New York
          January 9, 2008

                                      J. MICHAEL McMAHON
                                      _____
                                            Clerk of Court
                   BY:
                                            _____
                                            Deputy Clerk

                                     THIS DOCUMENT WAS ENTERED
                                     ON THE DOCKET ON _____